IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PRINCE GREEN, TDCJ #1194396, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. H-20-1731 |
| v. | § § | |
| JEFFERY RICHARDSON, | § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 20th day of August, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE